**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**Case No. 2:20-cv-00377-SPC-NPM**

DELROY A. CHAMBERS, JR.,

     Plaintiff,

v.

UPTOWN PROPERTY SERVICES, LLC,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter.  Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

          Respectfully submitted,

          Joshua A. Glickman, Esq.
          Florida Bar No. 43994
          josh@sjlawcollective.com
          Shawn A. Heller, Esq.
          Florida Bar No. 46346
          shawn@sjlawcollective.com
          Social Justice Law Collective, PL
          974 Howard Ave.
          Dunedin, FL 34698
          (202) 709-5744
          (866) 893-0416 (Fax)

          Attorneys for the Plaintiff

          By: _*s/ Shawn A. Heller*_____
              Shawn A. Heller, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 14th day of July, 2020, which will send a notice of electronic filing to all attorneys of record.  A copy of the foregoing will be emailed to Defendant's counsel, Ryan McCain at: RMcCain@barfieldpa.com.

By:  *s/ Shawn A. Heller*
　　　　Shawn A. Heller, Esq.